United States District Court
Southern District of New York
Desmond M. Witherspoon

15CV7345

Plaintiff,                                              Complaint
Desmond M. Witherspoon

-vs-

Defendant(s)
Pep Boys, NCAA, Ali Express, investors Buisness Daily
Masspike miles, Asap Ferg, Officer Festmere, officer
Gee, K. Kamp, Michael Lee, Mr voocabtv, United States
of America, Dallas DABody, Disc Makers, Microsoft Corp,
D.J. Khaled, Chris Brown, Diamond Cutz, Jamila Kareem,
Deelish, snooki, CoCo, Jordace Enterprise, Pacer, Stageline,
Sammi j, Envy Muah, btscake, Yvette lyzed, Angel lola,
Balivian Barbie, Miracle Watts, Lira Mercer, Sierra Alston,
Tori Hughes, Charm Killings, Loretta A. Preska, Miss Raindrop
Trinity Banks, Miami — Laflare, Buns 4ever, Kkmonoe,
Dani 2 Gunz, Perla Valenzuela, Mrs. Crudup, Ms. Robinson
Melissa Joseph, Officer Gonzolez, officer Jacop, Siatai Miami

United States District Court
Southern District of New York
Desmond M. Witherspoon

Plaintiff,                                                                  Complaint

Desmond M. Witherspoon

~vs~

Defendant(s)

Burlington Twp Police Dept, West Orange Police Dept, Rutgars Campus Police Dept, Pornhubb, Allen Frias, Antwon Rivera, Corey Payton, Joeline Bennett, Mark English, Norman Wadley, Brian Wadley, Adian Jackson, Shataya Crawley, Shakira, Hazel Alverez, Rahiem, Shamell, Brandon Richardson, Luis Rivera, Coach Haddock, Adalese Pollock, Allen Iverson, Playboy, Edwin Holmes, Niko, Omarion, Lil Fizz, Larry Flynt, Hugh Hefner, Corey Price, Brett Hall, Rusty Gatolto, Katie Kenzi, Terrance J, Jessica Kylie, Bunz Y Ever, Nikki Strong, Rico Strong, mmm tatted lesbians, Destiny, Tatted up mercedes, Cludia Valentine, Cassidy Clay, Ashley Monroe, Layla Monroe, GoGofukme, Miss Raindrop, Trinty Bonks, Miami Lafbne, KK monroe, Dani 2 Gunz, Perla Valenzuela, JoJo Barbie, Melisa Joeseph, Ms Crystal Renay.

Burlington Twp Police Dept. - 851 Old York Rd Burlington, NJ

West Orange Police Dept: 60 Main St West Orange N.J.

Rutgars Campus Police Dept: 5 Bruce St Newark, N.J.

Pornhubb: 2300 W Empire Ave 7th Fl Burbank, CA 91504
Allen Fias: 1 MLK Blvd Willingboro, N.J.
Antwon Rivera: 1 MLK Blvd Willingboro, N.J.
Corey Payton: 851 Old York Rd Burlington Twp, NJ
Joeline Bennet: 851 Old York Rd Burlington Twp, N.J.
Mark English: 1 Dr. MLK Blvd Willingboro, NJ
Norman Wadley: 1 Dr. MLK Blvd Willingboro, N.J.
Bryan Wadley: 1 Dr. MLK Blvd Willingboro, N.J.
Adrian Jackson: 1 Dr. MLK Blvd Willingboro, N.J
Shataya Crawley: 1 Dr. MLK Blvd Willingboro, NJ
Shakira: 1 Dr. MLK Blvd Willingboro, N.J.
Hazel Alverez: N/A

Rahiem: 1 Dr. MLK Blvd Willingboro, N.J.
Shamell: 1 Dr. MLK Blvd Willingboro, N.J.
Brandon Richardson: 1 Dr. MLK Blvd Willingboro, N.J.
Luis Rivera: 433 N 7th Camden N.J. 08102

Coach Haddock: 20 S John F. Kennedy Way Willingboro, N.J.
Adalese Pollock: 1 Rev MLK Blvd Willingboro, NJ,
Allen Iverson: 100 Plaza Dr. #3 Secaucus, NJ. 07094

Playboy: 9346 Civic Center Dr. #200 Beverly Hills CA.
Edwin Holmes: 1 Police Plaza Elizabeth, N.J.
Niko: 1515 Broadway #25 New York, NY 10036
Omarion: 1515 Broadway #25 New York, NY 10036
Lil Fizz: 1515 Broadway #25 New York, NY 10036
Larry Flynt: N/A
Hugh Hefner: 9346 Civic Center Dr. #200 Beverly Hills CA.
Corey Price: 2300 W Empire Ave 7th Fl Burbank, CA
Brett Hall: 2300 W Empire Ave 7th Fl Burbank, CA
Rusty Gitalto: 2300 W Empire Ave 7th Fl Burbank, CA
Katie Kenzi: 2300 W Empire Ave 7th Fl Burbank, CA
Terrance J: 30 Rockefeller Plaza New York, N.Y.

Rutgers Campus Police Dept.
Melissa Joseph
Officer Jacob: 100 Centre St
Officer Gonzalez: 100 Centre St
Autumn Witherspon:
Jadakiss:
Styles P
Sheek Louch
Burlington Twp Police Dept.
West Orange Police Dept.
Pornhubb
Allen Frias: 1 MLK Dr Blvd willingboro, N.J
Antwon Rivera: 1 MLK Dr Blvd willingboro, N.J.
Corey Payton:
Joeline Bernt:
Mark English: 1 MLK Dr. Blvd willingboro, N.J.
Norman Wedley: 1 MLK Dr. Blvd willingboro, N.J
Bian Wadley: 1
Adrian Jackson: 1 MLK Dr. Blvd willingboro, N.J
Shataya Crawley: 1 MLK Dr. Blvd willingboro, N.J
Shakira: 1 MLK Dr Blvd willingboro, N.J
Hazel Alverez
Rahiem: 1 Rev Dr. MLK Blvd willingboro, N.J
Shamell: 1 Rev Dr. MLK Blvd willingboro, N.J.
Brandon Richardson: 1 Dr. MLK Blvd
Luis Rivera: 433 N. 7th Camden N.J.
Coach Haddock: 1 Rev MLK Blvd willingboro, N.J.
Coach Collins: 1 Rev MLK
Aisha Randall: 1 Rev MLK Blvd willingboro, N.J.
Ray J
Fabolous
Adalese Pollock: 1 Rev MLK Blvd willingboro, N.J.
Allen Iverson: 100 Plaza Dr. #3 Secaucus, N.J.
Terrance J: 30 Rockefeller Plaza New York, N.Y

Nick Cannon: 1515 Broadway #25 New York, N.Y. 10036
Aaron Malory: 851 Old York Rd Burlington, N.J.
Kertesy the Artist: 480 Clinton Ave Newark, N.J.
Officer Boodie: 60 Main St West Orange, N.J.
Officer Demarco: 60 Main St West Orange, N.J.
Officer Botto - 190 University Ave Newark, N.J.
United States District Court: 50 Walnut St Newark, N.J. / 402 E State St. Trenton, N.J. / 4th & Cooper St Camden N.J.
L.A. Gear - 844 Marango Dr. Los Angeles C.A. 90043
National Football League: 345 Park Ave New York, N.Y. 10154
Timberland - 200 Domain Dr Stratham N.H. 03885
Myspace - 407 North Maple Dr. Beverly Hill, C.A.
Linkedin - 2029 Stierlin Court, Mountain View C.A. 94043
Instagram - 186 South Part St. Suite 2 San Fransisco C.A. 94107
OOVOO - 44 E 30th St 12th Fl. New York, N.Y. 10016
Hip-Hop Weekly: P.O. Box 3112 Langhorne P.A. 19017
Cabela's Inc - 1 Cabela Dr Sidney N.E. 69160
Waner Bros. - 1325 6th Ave #1 New York, N.Y. 10019
Sony Pictures Ent. - 16202 W Washington Blvd Culver City, C.A.
Ducati - 10443 Bradley Dr. Cupertino, C.A. 95014
Willingboro High School - 20 S John F. Kennedy Way Willingboro, N.J. 08046
20DollarBeats.com: 2909 Crest Ave Bristol Pennsluania 11007-27100
Universal Studio's - 6000 Universal Blvd Orlando Fl 32819
Facebook: 770 Broadway New York, N.Y. 10003
Youtube - 901 Cherry Ave San Bruno, C.A. 94044
Websters Hall - 125 E 11th St New York, N.Y. 10003
Dave Myers: 1630 12th St Santa Monica, C.A. 90404
Playboy: 9346 Civic Center Dr. #200 Beverly Hills C.A.
People Magazine: ~~9346 Civic Center Dr~~ 1271 Ave of the Americas New York, N.Y. 10020
Valeria Orsi - 73 W Flagler St. Miami, Fl.
Domonique Norwood - 7820 Broadway Merrillville, In 46410
Maria Wells - 832 E 4th St 3520 Charlotte, North Carolina
Camden Police Dept - 800 Federal St Camden, N.J. 08103
Hoboken Police Dept - 106 Hudson St Hoboken, N.J. 07030
Jersey City Police Dept: 1 Journal Square Plaza Jersey City N.J.
Mt. Laurel Police Dept: 100 Mt Laurel Rd. Mt Laurel, N.J. 08054

Pep Boys: 311 W Allegheny Ave Philadelphia, PA. 19132
NCAA: 700 W Washington st. P.O. Box 6222 Indianapolis, Indiana 46206
Ali Express: 400 South El Camino Real, suite 400 Santa Monica CA. 94462
Investors Buisness Daily: 12655 Beatrice st. Los Angeles CA. 90066
Masspike Miles
Asap Ferg
Officer Festmore
Office Gee
K. Kamp
Michael Lee
Mrvocabtv
United States of America
Dallas Da Body
Dise Makers
Microsoft Corp
D.J. Khaled
Chris Brown
Diamond cutz
Jamila Kareem
Deelish
Snooki
CoCo
Miracle Watts
Lira Mercer
Sierra Alston
Tori Hughes
Charm Killing
Bunz 4ever
kKmonroe
Dani 2 Gunz
Perla Valenzuela
Mrs. Crudup
Mrs. Robinson

Playboy: 9346 Civic Center Dr. #220 Beverly Hills, CA-
Edwin Holmes
Niko
Omarion
Li'l Fizz
Larry Flint
Hugh Hefner
Corey Payton
Bret Hall
Rusty Gitalto
Katie Kenzi
Terrance J.
~~Niko Emrion~~
Aaron Malory
Kertesy the Artist
~~Officer Boodie~~
~~officer Damonco~~
~~Officer Polli~~
~~United States District Court~~
Lagon
Seitai Miami
Katie Kenzi: 2300 w Empire Ave 7th Fl. Burbank, CA.
Nikki strong
Rico Strong
mmm tatted lesbians
Destiny
Tatted up mercedes
Claudra Valentine
Cassidy Clay
Ashley Monroe
Layla Monroe
Raneeca Bowman
Mrs Bowman (Raneeca Bowman)
Mr. Goodwin (Terrance Goodwin's DaD's)

Please take notice that upon annexed affidavit or affirmation Desmond M. Wetherspoon sworn to or affirmed August 2015 and upon the complaint herein Plaintiff will move this court to grant plaintiff



I declare under penalty of perjury that the foregoing is true and correct

/s/ *[signature]*

Desmond M. Wetherspoon

The jurisdiction of this court is invoked in pursuit:

5 USC 133

Statement of claim: Reorganization of government Entities

Remedy: Service Agreement

_____

Desmond M. Witherspoon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND M. WITHERSPOON,

                Plaintiff,

     -against-

LATAYA RIVERA ET AL.,

                Defendants.

15-CV-4328 (LAP)

BAR ORDER UNDER
28 U.S.C. § 1651

LORETTA A. PRESKA, Chief United States District Judge:

      Plaintiff filed this action *pro se*. On June 9, 2015, the Court dismissed the action as frivolous, noted that Plaintiff had repeatedly filed frivolous and nonmeritorious cases, and ordered Plaintiff to show cause by affirmation why he should not be barred from filing further actions *in forma pauperis* (IFP) in this Court without prior permission.[1] Plaintiff filed an affirmation on June 30, 2015, but his arguments against imposing the bar order are insufficient. Plaintiff writes, without more, that he seeks "relief from 28 U.S.C. § 1651." (Pl. Aff. (ECF No. 6) at 1.)[2]

## CONCLUSION

      Accordingly, Plaintiff is barred from filing future actions IFP in this Court without first obtaining from the Court leave to file. Any motion for leave to file must be captioned "Application Pursuant to Court Order Seeking Leave to File." Plaintiff must attach a copy of his proposed complaint and this order with each such motion. The motion must be filed with the *Pro*

---

[1] Since the Court's order, Plaintiff has filed more new actions in this Court. *See, e.g., Witherspoon v. CBS Interactive, Inc.*, No. 15-CV-4571 (UA) (filed June 9, 2015); *Witherspoon v. Gortex*, No. 15-CV-4667 (UA) (filed June 12, 2015); *Witherspoon v. Raymour & Flanigan*, No. 15-CV-4915 (UA) (filed June 22, 2015); *Witherspoon v. Cipha Sounds et al.*, No. 15-CV-5066 (UA) (filed June 26, 2015).

[2] The Court also notes that after filing approximately 200 frivolous cases in the United States District Court for the District of New Jersey, Plaintiff was barred from proceeding IFP in that court. *See Witherspoon v. Capital One*, No. 15-CV-1140 (SRC) (D.N.J. Mar. 10, 2015).

*Se* Intake Unit of this Court. Should Plaintiff violate this order and file an action without first filing a motion for leave to file, the action will be dismissed for failure to comply with this order. Plaintiff is warned that the continued submission of further frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See* 28 U.S.C. § 1651. The Clerk is directed to close this action.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: June 30, 2015
      New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Chief United States District Judge



Pro-se
JR3
9/8/15

To: United States District Court
Southern District Court
500 Pearl St. New York, N.Y.

From: Desmond M. Witherspoon
296 Ninth Ave New York, N.Y.

USM5W
SDNY